**V. RONOLLO, et al.,
Plaintiffs/Respondents,**

v.

**R. JACOBS, Defendant/Appellant.**

No. 65820.

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 31, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 7, 1995.

Application to Transfer Denied
April 25, 1995.

J. Jacobs, St. Louis, for appellant.

John W. Moticka, Greensfelder, Hemker & Gale, P.C., St. Louis, for respondents.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

*ORDER*

PER CURIAM.

Jacobs appeals the trial court's grant of Virginia Ronollo's Motion to Dismiss his counterclaims which were for suit on a promissory note, fraud and breach of contract.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

We affirm the judgment in accordance with Rule 84.16(b).